# Exhibit D

**From:** partenk@_.com
**Sent:** Tuesday, January 13, 2015 6:29 PM
**To:** Aaron@_.com; bsmith@_.com
**Cc:** eric@_.net
**Subject:** Re: Hydroslide Arsenal Power Ball

Aaron / Brian / Eric,
We do not infringe in any way. If you want to call and discuss with my attorney the cost of the conversation will be yours.

Thanks,

Keith Parten
Nash Mfg. Inc.