IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00159-MJW

KWIK TEK INC., *a Colorado corporation*,

Plaintiff,

v.

NASH MANUFACTURING, INC., *a Texas corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate Order Setting Scheduling/Planning Conference and Setting Deadline for Filing of Pilot Program Consent Form **(Docket No. 8)** is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted insofar as it seeks to reschedule the Scheduling Conference and associated deadlines; it is denied insofar as it seeks to do so by three and half months.

It is further **ORDERED** that the Scheduling Conference set for March 30, 2015, at 1:30 p.m. is **VACATED** and **RE-SET** for April 30, 2015, at 2:00 p.m. Associated deadlines under Rules 16, 26(a), and 26(f) are re-set accordingly.

It is further **ORDERED** that Plaintiff shall serve Defendant forthwith.

Date: March 10, 2015