IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00159-REB-MJW

KWIK TEK INC., *a Colorado corporation*,

Plaintiff,

v.

NASH MANUFACTURING, INC., *a Texas corporation*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Nash Manufacturing Inc.'s Motion to Attend Scheduling Conference by Telephone (Docket No. 19) is GRANTED. Counsel for Defendant may attend the Scheduling Conference on April 30, 2015, at 2:00 p.m. Mountain Time telephonically by calling (303) 844-2403 at the appointed time. If more than one person will be appearing telephonically, counsel is directed to have all such persons on the line prior to contacting chambers.

In the future, all motions (including routine matters like this) should include a statement of conferral and, if unopposed, a statement to that effect, as required by the Local Rules.

Date: April 15, 2015