**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00159-REB

KWIK TEK INC., a Colorado corporation,

     Plaintiff,

v.

NASH MANUFACTURING INC., a Texas corporation,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the **Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** [#28],[1] filed May 4, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** [#28], filed May 4, 2015, is approved;

     2.  That all pending pretrial deadlines are vacated; and

     3.  That this action is dismissed without prejudice, with the parties to pay their own attorney fees and costs.

---

    [1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated May 5, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge